## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

I. R. D.A.

                    Plaintiff,

v.                                                Case No.: 1:25–cv–14700
                                                  Honorable Sunil R. Harjani

Kristi Noem

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2026:

        MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's unopposed motion to voluntarily dismiss the petition [26] is granted. Pursuant to FRCP 41(a)(2), this matter is dismissed without prejudice, each side to bear their own costs. The pending petition [1] is terminated. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.